IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES BAKER, RAYMOND WOLFE, BILLY PATE, GARY GERDMAN, PATRICK GIDDINGS, and PATRICIA DENSMORE,<br><br>Plaintiffs,<br><br>v.<br><br>ALFRED KINGSLEY, GARY D. DUBERSTEIN, DAVID JONES, JR. FRANK SICA, and GREENMARINE HOLDINGS, LLC.,<br>Defendant. | No. 03 C 1750<br><br>Judge Robert W. Gettleman |

### MEMORANDUM OPINION AND ORDER

Pursuant to Rule 23(b)(1), Fed. R. Civ. P., this court rules that pursuant to Memorandum Opinion and Order dated May 31, 2007, the named plaintiffs James Baker, Ray Wolfe, Billy Pate, Gary Gerdman, Patrick Giddings and Patricia Densmore, may sue on behalf of a class of all participants and beneficiaries covered on February 28, 2001, by any healthcare benefit plan sponsored by the Outboard Marine Corporation, and, in existence on February 28, 2001, and which provided for retiree healthcare benefits and/or COBRA continuation coverage.

The above definition is not intended to resolve any issue with respect to the nature or existence or rights and claims, if any, of the Outboard Marine Corporation Consolidated Heath and Welfare Plan at this time. Plaintiffs shall meet and confer with defendant to prepare a proposed class notice which will be submitted for this Court's approval on or before July 16, 2007. The next status is set for July 16, 2007, at 9:00 a.m.

**ENTER:     June 14, 2007**

_____
**Robert W. Gettleman
United States District Judge**